[No. 12228-0-III; 12507-6-III.   Division Three.   December 7, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES A. BROWN, *Appellant*.

*In the Matter of the Personal Restraint of*
JAMES A. BROWN, *Petitioner.*

Appeal from a judgment of the Superior Court for Yakima County, No. 91-1-01224-1, Stephen M. Brown, J., entered February 14, 1992, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Clarke, J. Pro Tem.